No. 85–1233. INTERNATIONAL PAPER CO. v. OUELLETTE ET AL. C. A. 2d Cir. [Certiorari granted, 475 U. S. 1081.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–1773. OBERLY, ATTORNEY GENERAL OF DELAWARE, ET AL. v. BALTIMORE & OHIO RAILROAD CO. ET AL. Appeal from C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 85–6878. WILSON v. UNITED STATES. C. A. Fed. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until July 7, 1986, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 85–6775. IN RE AYERS. Petition for writ of mandamus denied.

No. 85–6789. IN RE HOSEY. Petition for writ of mandamus and/or prohibition denied.

No. 85–1385. UNITED STATES v. GENERAL DYNAMICS CORP. ET AL. C. A. Fed. Cir. Certiorari granted.

No. 85–1581. SOLORIO v. UNITED STATES. Ct. Mil. App. Certiorari granted.

No. 85–1630. HEWITT ET AL. v. HELMS. C. A. 3d Cir. Certiorari granted.

No. 85–372. CHRISTENSEN ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–1380. WOODHOUSE v. UNITED STATES BUREAU OF INDIAN AFFAIRS ET AL. C. A. 9th Cir. Certiorari denied.